[Civ. No. 10909. Second Appellate District, Division Two.—June 27, 1936.]

SAMUEL L. KURLAND, Appellant, v. FOREST LAWN MEMORIAL PARK ASSOCIATION, INC., et al., Respondents.

Don M. Kitzmiller and F. D. R. Moote for Appellant.

Call & Murphey, Robert B. Murphey, Alex W. Davis, Hill, Morgan & Bledsoe and Vincent Morgan for Respondents.

McCOMB, J., *pro tem.*—Plaintiff appeals from a judgment in favor of defendant after the trial court sustained a demurrer without leave to amend to plaintiff's complaint, which alleged that defendant had libeled plaintiff.

On a similar set of facts we have this day decided in the case of *Pollard* v. *Forest Lawn Memorial Park Association, Inc.,* Civil No. 10908 (*ante,* p. 77 [59 Pac. (2d) 203]) the identical questions of law involved in the instant case.

Therefore on the authority of *Pollard* v. *Forest Lawn Memorial Park Association, Inc., supra,* the judgment appealed from is affirmed.

Crail, P. J., and Wood, J., concurred.

A petition by appellant to have the cause heard in the Supreme Court, after judgment in the District Court of Appeal, was denied by the Supreme Court on August 24, 1936.